The People of the State of New York, Respondent,
against
Anthony Curry, Appellant. 




Appellate Term Docket No.
2016-2457 K CR
Lower Court # 2016KN012899
Appellate Advocates (Charity L. Brady of counsel), for appellant.
Kings County District Attorney (Leonard Joblove and Jodi L. Mandel of counsel), for respondent.
Separate
 appeals from an amended judgment and a judgment of the Criminal Court of the City of New York, Kings County (Curtis Farber, J.), both rendered September 30, 2016. The amended judgment (appeal No. 2016-2456 K CR) revoked a sentence of a conditional discharge previously imposed by that court (Alex Calabrese, J.), upon defendant's admission that he had violated a condition thereof, and resentenced him to a jail term of four months on his prior conviction of petit larceny. The judgment (appeal No. 2016-2457 K CR) convicted defendant, upon his plea of guilty, to petit larceny, and imposed sentence. Assigned counsel has submitted briefs in accordance with Anders v California (386 US 738 [1967]), seeking leave to withdraw as counsel.




ORDERED that, on the court's own motion, the appeals are consolidated for purposes of disposition; and it is further,
ORDERED that the amended judgment and judgment of conviction are affirmed.
We are satisfied with the sufficiency of the briefs filed by defendant's assigned counsel pursuant to Anders v California (386 US 738 [1967]), and, upon an independent review of the records, we conclude that there are no nonfrivolous issues which could be raised on either appeal. Counsel's applications for leave to withdraw as counsel are, therefore, granted (see id.; People v Murray, 169 AD3d 227 [2019]; Matter of Giovanni S. [Jasmin A.], 89 AD3d 252 [2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d 606 [1979]).
PESCE, P.J., WESTON and SIEGAL, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 09, 2019